*Date*                                                                                          *Deputy Clerk*

## CERTIFICATE OF SERVICE

I, __Dennis S. Harms_____, certify that I am, and at all times during the
          (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was made

__11/10/2009_____ by:
     (date)

XXX  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

William T. Hebert
Mary A. Hebert
17 Beaujolais
Florissant, MO 63031

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                                                 (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__11/10/2009_____                    _____*Dennis*_____
         *Date*                                                                    *Signature*

| Print Name |
| --- |
| Dennis S. Harms |
| Business Address |
| 515 Olive Street, Ste. 704 |

| City | State | Zip |
| --- | --- | --- |
| St. Louis | MO | 63101 |