UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| William T. Hebert ) | Case No. 09-48378-705 |
| Mary A. Hebert ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| VKH, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Adv. No. 09-04249-705 |
| ) | |
| William T. Hebert ) | |
| Mary A. Hebert ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER OF COURT RELATING TO TRIAL

1. This case is reset for trial:

    **March 10, 2010 at 11:00 a.m.**
    United States Bankruptcy Court
    Thomas F. Eagleton United States Courthouse
    **Courtroom 7 South**
    111 South Tenth Street
    St. Louis, MO  63102

It will be continued and removed from the trial docket only for good cause shown.

2. All discovery **SHALL** be completed on or before:

    **February 24, 2010**

3. Unless otherwise ordered by the Court, the parties **SHALL** complete the following tasks not later than **FIVE** days prior to trial:

    A. **STIPULATION OF FACTS**: Prepare and file with the Clerk a **JOINT STIPULATION** of all uncontested facts.

    B. **WITNESSES**: Exchange the names and file with the Clerk a list of all proposed witnesses. No party will be permitted to call an unlisted witness, except for good cause shown.

    C. **EXHIBITS**: Prepare, mark and exchange sufficient **LEGIBLE** copies of all exhibits

      to provide copies for the Court and all parties.  Exchange an Exhibit List with all parties and file one copy with the Clerk.

    D.    **STIPULATION OF EXHIBITS**:  Stipulate as to which exhibits may be introduced without objection or preliminary identification.  File written objections to all other exhibits **THREE** days prior to trial.  Any objections not timely made will be considered waived.

    E.    **DEPOSITIONS AND ANSWERS TO INTERROGATORIES**:  Deliver to all parties and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (specified by page and line numbers) proposed to be offered in evidence.  **THREE** days prior to trial, the parties shall specify in writing any objections to the receipt of such testimony and shall list any additional portions of such depositions not listed by the offering party which the objecting party proposes to offer.

    F.    **BRIEFS, FINDINGS OF FACT AND CONCLUSIONS OF LAW:** Submit an original and chambers copy (clearly marked) to the Court and a copy to all parties setting forth full, complete, and specific proposed Findings of Fact and Conclusions of Law, together with a trial brief, citing authorities in support of said party's legal theories and discussing any anticipated substantive or procedural problems.

DATED: January 5, 2010

St. Louis, Missouri

                                      Charles E. Rendlen, III
                                      United States Bankruptcy Judge

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Dennis S. Harms
Attorney for Plaintiff
Anderson & Gilbert
515 Olive Street, Suite 704
St. Louis, MO 63101

Lawrence F Hartstein
Attorney for Defendant, Mary Hebert
The Hartstein Law Firm, P.C.
130 South Bemiston, Suite 608
Clayton, MO 63105

William T. Hebert
Pro Se Defendant
17 Beaujolais
Florissant, MO 63031